UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT JOHNSON a/k/a ROBERT JOHNSON, JR., | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 16-cv-10422-IT |
| | * | |
| WILMINGTON TRUST, N.A. AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE TO STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ALT A TRUST 2006-4, and NATIONSTAR MORTGAGE, LLC, | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER OF DISMISSAL

September 20, 2016

TALWANI, D.J.

Pursuant to the court's Memorandum & Order [#33] issued on September 20, 2016,

ALLOWING Defendant's Motion to Dismiss Plaintiff's Complaint [#9], the complaint is hereby

dismissed. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge